

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00088-CR
## NO. 02-13-00089-CR

FRANKIE LEE WATSON                                                        APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

## FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Frankie Lee Watson appealed, and we affirmed, his convictions for aggravated robbery with a deadly weapon. *See Watson v. State*, Nos. 02-11-00040-CR, 02-11-00041-CR, 2012 WL 117931, at *1, *9 (Tex. App.—Fort Worth Jan. 12, 2012, pet. ref'd) (mem. op., not designated for publication).

After Watson filed another notice of appeal in both cases, we sent him a letter stating our concern that we lacked jurisdiction over the appeals and asked

---

[1]*See* Tex. R. App. P. 47.4.

that he, or any party desiring to continue the appeals, file a response by April 1, 2013, showing grounds for continuing the appeals or we would dismiss them for want of jurisdiction. *See* Tex. R. App. P. 19.3, 44.3. No response has been filed. Therefore, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *State v. Holloway*, 360 S.W.3d 480, 489 & n.59 (Tex. Crim. App. 2012) (noting that the court of criminal appeals has "always assiduously guarded its exclusive jurisdiction to grant post-conviction habeas corpus relief in felony cases").

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 2, 2013